**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JIBREEL LEWIS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 23-3973** |
| | : | |
| **THOMAS S. MCGINLEY, THE** | : | |
| **DISTRICT ATTORNEY OF THE** | : | |
| **COUNTY OF PHILADELPHIA, THE** | : | |
| **ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA** | : | |

## <u>ORDER</u>

**AND NOW**, this 16th day of January 2024, upon careful review of Petitioner's pro se Petition (ECF No. 1), Respondents' Memorandum (ECF No. 8) and Response (ECF No. 9), all documents in the record, finding no basis for an evidentiary hearing or a certificate of appealability, and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1.      **DISMISS AND DENY** the Petition for writ of habeas corpus (ECF No. 1) with prejudice;

2.      **DENY** a certificate of appealability; and

3.      **DIRECT** the Clerk of the Court **close** this case.

**KEARNEY, J**.